# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| TRANSFORMATIONS, INC., a Tennessee corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:05-0052 |
| EATON CORPORATION, an Ohio Corporation, | ) ) ) ) | JUDGE ROBERT L. ECHOLS |
| Defendant. | ) ) ) | MAGISTRATE JUDGE E. CLIFTON KNOWLES |
| | ) ) ) | |
| EATON CORPORATION, an Ohio Corporation, | ) ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| TRANSFORMATIONS, INC., a Tennessee corporation, | ) ) ) | |
| Counter-Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

It is stipulated by plaintiff Transformations, Inc. and by defendant Eaton Aeroquip, Inc., erroneously sued as Eaton Corporation, who are all of the parties in this action and who are appearing herein through their respective undersigned counsel of record, that this action has been fully compromised and settled and therefore, pursuant to Rule 41(a)(1)(ii), F.R.Civ.P., by this joint stipulation and above entitled and numbered action is hereby dismissed with prejudice as of compromise, each party to bear its own costs.

Nashville, Tennessee, this 5th day of May, 2006.

        Respectfully submitted,

        **MGLAW PLLC**


        <u>s/Robert J. Mendes</u>
        Robert J. Mendes (TN Bar#17120)
        120 30th Avenue North, Ste. #1000
        Nashville, Tennessee 37203
        Telephone: (615) 846-8000
        Facsimile: (615) 846-9000
        Attorney for Plaintiff Transformation, Inc.


        **Kay, Griffin, Enkema & Brothers, PLLC**


        <u>s/Matthew Brothers</u>
        Matthew Brothers (TN Bar#16000)
        Suite 340-M, Washington Square, II
        222 Second Avenue North
        Nashville, Tennessee 37201
        Telephone: (615) 742-4800
        Facsimile: (615) 742-4801

        And

        Robert E. Barkley, Jr. (LA Bar #2782)
        Barkley & Thompson, L.C.
        1515 Poydras Street, Ste. #2350
        New Orleans, Louisiana 70112
        Telephone: (504) 595-3350
        Facsimile: (504) 595-3355
        Attorneys for Defendant Eaton Aeroquip, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the electronic filing system to Robert J. Mendes, Attorney for the Plaintiff, 120 30th Avenue North, Suite #1000, Nashville, Tennessee 37203, on May 5, 2006.


                                                            s/Matthew Brothers  
                                                            Matthew Brothers