UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRANSFORMATIONS, INC.         )
                              )
v.                            )        NO. 3:05-0052
                              )        JUDGE ECHOLS
EATON CORPORATION             )

**O R D E R**

Pursuant to the Joint Stipulation of Dismissal With Prejudice by All Parties (Docket Entry No. 48), this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE